```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 15266
   SILVIA D MORICI
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-1325


--------------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 06/14/2008 and was confirmed 08/27/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors   10.00%.

     The case was converted to chapter 7 after confirmation 12/11/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                               PAID          PAID
--------------------------------------------------------------------------------
SELECT PORTFOLIO SERVICI CURRENT MORTG         .00             .00            .00
SELECT PORTFOLIO SERVICI UNSECURED      NOT FILED              .00            .00
SELECT PORTFOLIO SERVICI MORTGAGE ARRE         .00             .00            .00
SELECT PORTFOLIO         MORTGAGE NOTI  NOT FILED              .00            .00
THE CIT GROUP/CONSUMER F CURRENT MORTG         .00             .00            .00
SHORT TERM LOAN          SECURED VEHIC         .00             .00            .00
SALLIE MAE TRUST         UNSECURED         8380.68             .00            .00
US DEPT OF EDUCATION     UNSECURED             .00             .00            .00
CAPITAL ONE              UNSECURED          123.01             .00            .00
FDS BANK/MACYS           UNSECURED           42.15             .00            .00
ECAST SETTLEMENT         UNSECURED          105.20             .00            .00
ECAST SETTLEMENT CORP    UNSECURED          947.91             .00            .00
CHASE BANK USA NA        UNSECURED          413.40             .00            .00
MACYS DSNB               UNSECURED      NOT FILED              .00            .00
PRA RECEIVABLES MANAGEME UNSECURED          535.94             .00            .00
TARGET NATIONAL BANK     UNSECURED           70.19             .00            .00
LVNV FUNDING             UNSECURED          803.00             .00            .00
MARQUETTE UNIVERSITY     UNSECURED        10246.14             .00            .00
WORLD FINANCIAL NETWORK  UNSECURED           36.38             .00            .00
JUAN GARCIA              NOTICE ONLY    NOT FILED              .00            .00
SHORT TERM LOAN          UNSECURED             .00             .00            .00
THE CIT GROUP/CONSUMER F SECURED NOT I      94.91              .00            .00
US DEPT OF EDUCATION     UNSECURED             .00             .00            .00
SELECT PORTFOLIO         MORTGAGE NOTI  NOT FILED              .00            .00
ECAST SETTLEMENT         UNSECURED          260.69             .00            .00
JEFF A WHITEHEAD         DEBTOR ATTY       3,278.04                        2,776.24
TOM VAUGHN               TRUSTEE                                             225.76
DEBTOR REFUND            REFUND                                                .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS

                PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 08 B 15266 SILVIA D MORICI
```

```
--------------------------------------------------------------------------------
TRUSTEE                                  3,002.00

PRIORITY                                                               .00
SECURED                                                                .00
UNSECURED                                                              .00
ADMINISTRATIVE                                                    2,776.24
TRUSTEE COMPENSATION                                                225.76
DEBTOR REFUND                                                          .00
                                        ---------------    ---------------
TOTALS                                   3,002.00             3,002.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                        /s/ Tom Vaughn
    Dated: 03/18/09                     _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE

                            PAGE   2
        CASE NO. 08 B 15266 SILVIA D MORICI